```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

EUGENE JOSEPH CLARK                              CIVIL ACTION

VERSUS                                           NO: 13-5512

ASSUMPTION PARISH JAIL, ET AL.                   SECTION: R(3)


## ORDER

The Court, finding that as of this date no party has objected to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that plaintiff's suit is DISMISSED without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).


New Orleans, Louisiana, this <u>30th</u> day of December, 2013.


                    _____
                              SARAH S. VANCE
                      UNITED STATES DISTRICT JUDGE